QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
STEVEN DONALD NYSTROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-99-0151 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | JUDGE: Lawrence K. Karlton |
| ) | |
| STEVEN DONALD NYSTROM, ) | |
| ) | |
| Defendants. ) | |
| _____ | |

This matter came on for Motions Hearing on May 24, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus. Assistant United States Attorney Steve Lapham represented the United States of America.  For the defense, Assistant Federal Defender Caro Marks. The defendant was present.

The Court hereby GRANTS the Defendant's Motion to Modify Conditions of Release, and hereby REMITS Defendant's restitution to zero dollars ($0.00).

///

///

Order After Hearing

Accordingly, the Court Amends that portion of the Judgment entered on July 6, 2000, to order restitution of zero dollars ($0.00) insofar as concerns Defendant Steve Donald Nystrom.

**IT IS SO ORDERED.**

Dated:   June 1, 2005.

/s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT